# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT

All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 20-5350
2. DATE DOCKETED: 11/30/2020
3. CASE NAME (lead parties only) Pomona Valley Hosp. Med. Ctr. v. Alex M. Azar, II
4. TYPE OF CASE: ☐ District Ct - ◉ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ○ Yes ◉ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.
      Civil Action 1:18cv2763
      Criminal
      Miscellaneous

      Bankruptcy Court Docket No.
      Bankruptcy
      Adversary
      Ancillary

      Tax Court Docket No.
      Tax
   b. Review is sought of:
      ☒ Final Order ☐ Interlocutory Order appealable as of right ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Amy Berman Jackson Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 09/30/2020
   e. Date notice of appeal filed: 11/24/2020
   f. Has any other notice of appeal been filed in this case? ◉ Yes ○ No If YES, date filed: 11/28/2020
   g. Are any motions currently pending in trial court? ○ Yes ◉ No If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ○ Yes ◉ No
      If NO, why not? No transcript was necessary because the case was decided on the pleadings.
   i. Has this case been before the Court under another appeal number? ○ Yes Appeal # ◉ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes ◉ No If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute? ◉ Yes ○ No
      If YES, give popular name and citation of statute Medicare statute, 42 U.S.C. 1395 et seq.
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ◉ No If so, provide program name and participation dates

Signature /s/ Stephanie R. Marcus Date 12/30/2020
Name of Party Alex M. Azar, II, Secretary, U.S. Dept. of Health and Human Services
Name of Counsel for Appellant/Petitioner Stephanie R. Marcus
Address U.S. Dept. of Justice, Civil Div., Appellate Staff, 950 Pennsylvania Ave., NW Washington, D.C. 20530
Phone ( 202 ) 514-1633 Fax ( 202 ) 307-2551

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2020, I electronically filed the foregoing docketing statement with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system.

I further certify that on this 30th day of November, 2020, I served the foregoing docketing statement on counsel of record for appellee/cross-appellant via the CM/ECF system.

/s/ Stephanie R. Marcus
Stephanie R. Marcus