IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

POMONA VALLEY HOSPITAL
MEDICAL CENTER,

    Appellee/Cross-Appellant,

    v.

ALEX M. AZAR, II, Secretary, U.S.
Department of Health and Human Services,

    Appellant/Cross-Appellee.

Nos. 20-5350, 20-5351
(consolidated)

## STATEMENT OF ISSUE TO BE RAISED

The issue to be raised by appellant/cross-appellee Alex M. Azar, II, Secretary of the U.S. Department of Health and Human Services, is whether the district court erred by holding that the agency's decision rejecting plaintiff's challenge to the calculation of its disproportionate share hospital (DSH) adjustments in fiscal years 2006-2008 was not supported by substantial evidence.

        Respectfully submitted,

        MARK B. STERN  
        (202) 514-5089  
        <u> s/Stephanie R. Marcus        </u>  
        STEPHANIE R. MARCUS  
        (202) 514-1633  
          Attorneys, Appellate Staff  
          Civil Division  
          U.S. Department of Justice  
          950 Pennsylvania Ave., NW  
          Washington, DC  20530

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2020, I electronically filed the foregoing statement of issue to be raised with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system.

I further certify that on this 30th day of November, 2020, I served the foregoing statement of issue to be raised on counsel of record for appellee/cross-appellant via the CM/ECF system.


    /s/ Stephanie R. Marcus
Stephanie R. Marcus