# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
                                                    )
POMONA VALLEY HOSPITAL                              )
MEDICAL CENTER,                                     )
                                                    )
    Appellee/Cross-Appellant                       )
                                                    )
        v.                                  )          Case Nos.   20-5350 (consol.)
                                                    )                      20-5351
                                                    )
ALEX M. AZAR II, Secretary,                         )
United States Department                            )
of Health and Human Services,                       )
                                                    )
    Appellant/Cross-Appellee.                      )
_____)

## APPELLEE/CROSS-APPELLANT'S STATEMENT OF ISSUE TO BE RAISED ON APPEAL

Pursuant to this Court's November 30, 2020 Order, Appellee/Cross-Appellant

Pomona Valley Hospital Medical Center, plaintiff below, by and through its

undersigned counsel, hereby presents the following preliminary statement of the issue

to be raised by Appellee/Cross-Appellant in this case:

Whether, when issuing the September 30, 2020 Memorandum Opinion

(Dkt. No. 20), with Final Order (Dkt. No. 19), which denied defendant's

motion for summary judgment, granted in part and denied in part

plaintiff's cross-motion for summary judgment, and remanded this action

to allow defendant to produce new evidence, the District Court erred by

7012861.3

not (a) setting aside defendant's final decision, (b) imposing on defendant the adverse inference that any additional evidence produced by defendant would show that plaintiff's recalculations of the additional Medicare amounts due were correct, and defendant's recalculations were incorrect, and (c) ordering defendant to recalculate and pay plaintiff the additional Medicare amounts due, with the interest required by statute.

Dated:  December 30, 2020                    Respectfully submitted,

                                             HOOPER, LUNDY & BOOKMAN, P.C.

                        By:  _____/s/Robert L. Roth_____
                             Robert L. Roth (D.C. Bar No. 441803)
                             401 9th Street, NW, Suite 550
                             Washington, DC  20004
                             Tel.:  (202) 580-7700
                             Fax:  (202) 580-7719
                             E-mail:  rroth@health-law.com

                             Alicia W. Macklin
                             1875 Century Park East, Suite 1600
                             Los Angeles, CA  90067-2517
                             Tel.:  (310) 551-8161
                             Fax:  (310) 551-8181
                             E-mail:  amacklin@health-law.com

                             *Counsel for Appellee/Cross-Appellant*

7012861.3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 30th day of December, 2020, I electronically filed the foregoing Statement of Issue to be Raised on Appeal, with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system.

I further certify that on this 30th day of December, 2020, I served the foregoing Statement of Issue to be Raised on Appeal, on counsel of record for appellant/cross-appellee via the CM/ECF system.

By:    /s/Robert L. Roth
Robert L. Roth

7012861.3