# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| **POMONA VALLEY HOSPITAL MEDICAL CENTER,** ) ) ) ) Appellee/Cross-Appellant ) ) v. ) ) ) **ALEX M. AZAR II, Secretary, United States Department of Health and Human Services,** ) ) ) ) Appellant/Cross-Appellee. ) ) | Case Nos.  20-5350 (consol.) 20-5351 |

## APPELLEE/CROSS-APPELLANT'S STATEMENT REGARDING DEFERRED JOINT APPENDIX

Pursuant to this Court's Order dated November 30, 2020 and Fed. R. Civ. P. 30(c), Appellee/Cross-Appellant Pomona Valley Hospital Medical Center, by and through its undersigned counsel, hereby states that the parties have agreed to use a deferred appendix in this case.

Respectfully submitted,

December 30, 2020
          /s/ Robert L. Roth
Robert L. Roth, Esq. (D.C. Bar No. 441803)
HOOPER, LUNDY & BOOKMAN, P.C.
975 F Street, N.W., Suite 1050
Washington, D.C. 20006
Tel: (202) 580-7701
Fax: (202) 580-7719
Email: rroth@health-law.com

7020260.3

Alicia W. Macklin
1875 Century Park East, Suite 1600
Los Angeles, CA  90067-2517
Tel.:  (310) 551-8161
Fax:  (310) 551-8181
E-mail:  amacklin@health-law.com

*Counsel for Appellee/Cross-Appellant*

7020260.3

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of December, 2020, I electronically filed the foregoing Statement Regarding Deferred Joint Appendix, with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system.

I further certify that on this 30th day of December, 2020, I served the foregoing Statement Regarding Deferred Joint Appendix, on counsel of record for appellant/cross-appellee via the CM/ECF system.

By:    /s/Robert L. Roth
       Robert L. Roth