# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 20-5350**                                **September Term, 2022**

**1:18-cv-02763-ABJ**

**Filed On: September 6, 2022** [1962261]

Pomona Valley Hospital Medical Center,

      Appellee

    v.

Xavier Becerra, Secretary, U.S. Department
of Health and Human Services,

      Appellant

------------------------------

Consolidated with 20-5351

    **BEFORE:**    Circuit Judges Millett, Katsas, and Walker

### **COURTROOM MINUTES OF ORAL ARGUMENT**

PROCLAMATION BEING MADE, the Court opened on Tuesday, September 6, 2022 at 9:33 a.m. The cause was heard as case No. 3 of 3 and argued before the Court by:

    Stephanie R. Marcus (DOJ), counsel for Appellant/Cross-Appellee Alex Azar.

    Sven C. Collins, counsel for Appellee/Cross-Appellant Pomona Valley Hospital Medical Center.

                    **FOR THE COURT:**
                    Mark J. Langer, Clerk

        BY:    /s/
                Anne A. Rothenberger
                Deputy Clerk